An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IAN ARMESE WOODS,
Petitioner,
vs.
BRIAN E. WILLIAMS, SR.,
Respondent.

No. 66394

**FILED**

OCT 1 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of habeas corpus. Petitioner asks this court to issue decisions for two of his appeals that petitioner believes are still pending before this court. Petitioner also challenges the judgment of conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. We note that this court has already issued decisions regarding petitioner's two appeals, *Woods v. State*, Docket No. 60583 (Order of Affirmance, November 15, 2012), and *Woods v. State*, Docket No. 63216 (Order of Affirmance, September 16, 2014). In addition, petitioner's challenges to the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus and filed in the district

SUPREME COURT
OF
NEVADA

(O) 1947A

14-34333

court in the first instance. *See* NRS 34.724(2)(b); NRS 34.738(1).[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Ian Armese Woods
     Attorney General/Carson City
     Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A